## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNETA SOWEMIMO ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. <u>1:18-cv-391</u> |
| v. ) | |
| ) | |
| TWD & ASSOCIATES, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

**IT IS STIPULATED** by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice. The parties shall bear their own respective costs and attorneys' fees.

Entered into this ___ day of March, 2018.


_____
District Court Judge

1

SEEN AND AGREED:

| | |
|---|---|
| **THE ERLICH LAW OFFICE, PLLC** | **JACKSON LEWIS P.C.** |
| B | |
| By:_____/s/_____ | By: _____/s/_____ |
| Joshua Erlich | Jeremy S. Schneider |
| 2111 Wilson Boulevard, Suite 700 | Matthew F. Nieman |
| Arlington, Virginia 22201 | 10701 Parkridge Boulevard, Suite 300 |
| (703) 791-9087 (Telephone) | Reston, VA 20191 |
| (703) 351-9292 (Fax) | (703) 483-8300 (Telephone) |
| jerlich@erlichlawoffice.com | (703) 483-8301 (Fax) |
| | Jeremy.Schneider@jacksonlewis.com |
| | niemanm@jacksonlewis.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 19th day of March, 2018, I electronically filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

/s/ _____
Joshua Erlich
2111 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
(703) 791-9087 (Telephone)
 (703) 351-9292 (Fax)
jerlich@erlichlawoffice.com

*Counsel for Defendant*